IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EGLI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STRIMEL, et al. | : | NO. 14-6204 |

## ORDER

**AND NOW**, this 28th day of August, 2015, upon consideration of Defendant Radnor Studio 21 and George Strimel's Motion to Dismiss (ECF Document. No. 4), Defendant Radnor Township's Motion to Dismiss (Doc. 7), Defendant Verizon Communications, Inc.'s Motion to Dismiss (Doc. 5), Plaintiff's responses in opposition thereto (Docs. 9, 12), Defendants' replies (Docs. 10, 13), and Plaintiff's sur-reply (Doc. 16), it is hereby **ORDERED** that:

1. Radnor Studio 21 and George Strimel's Motion to Dismiss (Doc. 4) is **GRANTED IN PART AND DENIED IN PART**; Defendants' Motion is denied as to Count I for a violation of 42 U.S.C. § 1983, and granted as to all other claims;

2. Verizon Communications, Inc.'s Motion (Doc. 5) is **GRANTED** and Verizon Communications, Inc. is dismissed from this action;

3. Radnor Township's Motion (Doc. 7) is **GRANTED** and Radnor Township is dismissed from this action;

4. Defendants Radnor Studio 21 and George Strimel are directed to file an Answer to Count I of Plaintiff's Complaint, for a violation of 42 U.S.C. § 1983 only, no later than 20 days from entry of this Order.

**BY THE COURT:**

/s/ L. Felipe Restrepo

---

L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE