IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER EGLI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GEORGE STRIMEL, et al. | : | NO.  14-6204 |

**O R D E R**

AND NOW, this   20th     day of November, 2015, upon consideration of Defendants' objections to specific Interrogatories and Requests for Production of Documents propounded by Plaintiff (Doc. 29), and Plaintiff's response (Doc. 34), IT IS HEREBY ORDERED that the objections are sustained.  Interrogatories 14, 15, 17, and 18, and Requests for Production 8, 9, 11, and 12 seek financial and tax information regarding RS21, which is irrelevant to Plaintiff's First Amendment claim.  Similarly, Interrogatories 11, 12, and 13 seek information regarding the Franchise Agreement and Cable Act claim, which is irrelevant to Plaintiff's First Amendment claim.  Defendants need not respond to these Interrogatories and Requests for Production.  In addition, in deposing employees of RS21, if Plaintiff is to inquire about RS21's financial information, any objection by Defendants is sustained unless the deponent has testified that financial reasons were considered in deciding whether to air Plaintiff's films.

BY THE COURT:

/s/ELIZABETH T. HEY

_____
ELIZABETH T. HEY, U.S.M.J.