IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER EGLI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GEORGE STRIMEL, et al. | : | NO. 14-6204 |

## O R D E R

AND NOW, this 20th day of November, 2015, upon consideration of Radnor Township's Motion to Quash Subpoena and for Sanctions (Doc. 30), Plaintiff's response (Doc. 36) and supplemental submission, and for the reasons stated in the accompanying Memorandum, IT IS HEREBY ORDERED that the Motion to Quash is GRANTED IN PART as detailed in the accompanying Memorandum. Plaintiff and counsel shall confer to reschedule Mr. White's deposition limited to relevant areas of inquiry. Radnor Township's request for sanctions is DENIED.

BY THE COURT:

/s/ELIZABETH T. HEY

_____
ELIZABETH T. HEY, U.S.M.J.