IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER EGLI,**<br>　　　　**Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **GEORGE STRIMEL and RADNOR STUDIO 21,**<br>　　　　**Defendants.** | **NO. 14-6204** |

# O R D E R

**AND NOW**, this 8th day of April, 2016, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 51), the Plaintiff's opposition (ECF No. 54), and the Defendants' reply (ECF No. 57), it is **ORDERED** that the motion is **DENIED**.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　**/S/WENDY BEETLESTONE, J.**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**